97-3863.or2               UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          Case No. 97-3863 CIV MOORE

RAYSA SOSA, as Administrator and/or
Personal Representative of the Estate
of LUIS SOSA, for herself and of behalf
of decendent's survivors, beneficiaries
and heirs,

    Plaintiff,

v.

AMERICAN AIRLINES, INC.,

    Defendant.
_____/



## ORDER ON DEADLINE FOR FILING
## RENEWED MOTION FOR SETTLEMENT APPROVAL

    **This matter** is before this Court sua sponte. On January 22, 2002, this Court denied the motion of Juan Luis Sosa for Settlement Approval, without prejudice to be refiled after compliance with the Florida Statutes concerning approval of settlement to a minor. By Order dated February 26, 2002, this Court appointed a guardian ad litem in this matter. The Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that any renewed Motion for Approval of Settlement shall be filed on or before May 13, 2002.

    **DONE AND ORDERED** this 29th day of April, 2002 at Miami, Florida.

                                                  STEPHEN T. BROWN
                                                U.S. MAGISTRATE JUDGE

cc:    Honorable K. Michael Moore
       Marc S. Moller, Esq. - FAX 212 972.9432
       Blanca Rodriguez, Esq. - "   "
       John S. Seligman, Esq. - FAX 305 448-7636
       Lyndall M. Lambert, Esq. - FAX 305 789-7799
       Alan Reitzfeld, Esq.
       Kenneth P. Nolan, Esq. - FAX 212 253-4483
       Emmet J. Schwartzman, Esq. - FAX 305-530-0065
       Richard P. Cole, Esq. - FAX 305 373-2294
       Lauri Ross, Esq. - FAX 305 670-2305
       Daryl Merl, Esq. - FAX 305 371-9603